**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Pat Roxy DARBY, a/k/a Edward George Tassy, a/k/a Buju,**
**Defendant—Appellant.**

No. 06–7629.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 14, 2006.

Decided: Dec. 28, 2006.

Pat Roxy Darby, Appellant Pro Se.

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pat Roxy Darby appeals the district court's order denying his motion for reconsideration of a prior order reducing his sentence on motion of the government pursuant to Fed.R.Crim.P. 35(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Roxy*, No. 1:01–cr–00355–JCC (E.D. Va. filed Aug. 23, 2006 & entered Aug. 25, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*